UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL KAYE TRITES, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

          Civil Case No. 19-11387
          Honorable Linda V. Parker

21ST MORTGAGE CORPORATION,

      Defendant.
_____/

## JUDGMENT

    Plaintiff initiated this putative class action lawsuit on May 9, 2019, claiming that Defendant violated the Equal Credit Opportunity Act when processing her loan application. In an Opinion and Order entered on this date, the Court granted Defendant's motion to dismiss Plaintiff's claims.

    Accordingly,

    **IT IS ORDERED, AJUDGED, AND DECREED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: March 31, 2020